# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | |
| DARRYL Q. COBB, ET AL. | NO.: 15-00002-BAJ-SCR |

## RULING AND ORDER

Before the Court are four motions filed by various defendants in the above-captioned matter, moving for this matter to be declared complex and requesting that the Court reset pretrial and trial dates. (*See* Docs. 55, 56, 57, 70). Defendants argue that the standard pretrial scheduling order is inappropriate in this matter, wherein nine co-defendants are charged collectively with twenty-two counts of related offenses. Defendants assert that the United States has provided Defendants with six discs of discovery containing "hundreds of pages of detailed reports and hours worth of video and audio recordings." (Doc. 55 at p. 2). The United States has confirmed the amount of discovery it has provided to Defendants and has informed the Court that it has no objection to Defendants' instant motions.

The Court finds that the instant case is so complex, due to the number of defendants, the number of interrelated charges, and the large volume of discovery, that it is unreasonable to expect adequate preparation under the time limits established under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(B)(ii). The Court finds that the ends of justice served by granting a continuance in this matter outweigh the best interests of the public and Defendants in a speedy trial. *See* 18

1

JURY

U.S.C. § 3161(h)(7)(A).

Accordingly,

**IT IS ORDERED** that the following motions are all **GRANTED**:

- Motion for Finding that Case is Complex, Extending the Time for Filing Pretrial Motions, and Special Setting of Trial (Doc. 55)
- Motion to Adopt Defendant's Motion for Finding that Case is Complex, Extending the Time for Filing Pretrial Motions, and Special Setting of Trial (Doc. 56)
- Motion for Finding that Case is Complex Extending the Time for Filing Pretrial Motions, and Special Setting of Trial (Doc. 57)
- Motion to Adopt Motions of Co-Defendants to Find Case Complex and Extend the Time for Filing Pre-Trial Motions, and for Special Setting of Trial (Doc. 70)

**IT IS FURTHER ORDERED** that, with respect to all nine Defendants, the pretrial conference set for March 9, 2015 and the trial set for March 23, 2015 are **CANCELLED**, and previously set deadlines for filing substantive motions are all **CANCELLED**. Revised pretrial dates and deadlines shall be issued by the Court in a forthcoming order.

Baton Rouge, Louisiana, this 3rd day of March, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**